IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KEVIN REID ALTHOUSE #861608 | § | |
| v. | § | CIVIL ACTION NO. 6:11CV41 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered motion to vacate, set aside or correct a federal sentence pursuant to 28 U.S.C. § 2254 was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Petitioner has filed objections.

Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and Petitioner's objections are without merit. Specifically, Petitioner admits in his objections that there was no disciplinary proceeding that could be subject to a petition for writ of habeas corpus. Instead, he essentially seeks redress for what amounts to the conditions of his confinement. It is therefore

**ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and the case is **DISMISSED** with prejudice.  A certificate of appealability is **DENIED**.  All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 14th day of February, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**